IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

JAMES E. BAGLEY, )
)
      Petitioner, )
)
vs ) CIVIL ACTION NO. 01-G-0395-E
)
THE DISTRICT COURT OF CALHOUN )
COUNTY and JUDGE GUS COLVIN, )
)
      Respondent(s). )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to enable the petitioner to exhaust his state court remedies. An appropriate order will be entered.

DONE, this 27th day of March, 2001.

J. FOY GUIN, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation filed to the plaintiff at the last known address was returned marked "Return to Sender, Undeliverable as Addressed, Unable to Forward."